# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

IN RE:   CHADWICK D THOMPSON                               Case Number:   09-70531
         CHRISTY L THOMPSON

   Debtors

## ORDER CONFIRMING THE SECOND
## AMENDED PLAN DATED 2/9/2010

   A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

   The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

   The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

   Copies to:

| | |
|---|---|
| CHADWICK D THOMPSON | CASE, R ROLAND |
| CHRISTY L THOMPSON | P O BOX 1410 |
| P O BOX 3544 | PIKEVILLE , KY  41502-4410 |
| PIKEVILLE, KY  41502 | |

Pursuant to Local Rule 9022-1(c), Beverly M. Burden shall cause a copy
of this order to be served on each of the parties designated to receive this order
pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of
service of the order upon such parties within fourteen (14) days hereof.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Thursday, March 11, 2010**
**(jms)**